IN THE UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

**UNITED STATES OF AMERICA** :

v. : No. 23-1463

:

**ROBERT HENON**

### APPELLEE'S MOTION FOR EXTENSION OF TIME

The United States of America, by its attorneys, Jacqueline C. Romero United States Attorney for the Eastern District of Pennsylvania, Robert A. Zauzmer, Assistant United States Attorney and Chief of Appeals, and Frank R. Costello, Jr., Assistant United States Attorney for the District, moves for a 21-day extension of time in which to file its brief. In support of this motion, the government avers as follows:

1. Under the original briefing schedule issued by the Court, the appellant's brief was due on June 1, 2023. The appellant, without objection by the government, sought two extensions of time, totaling 99 days, before filing his brief.

2. The appellant's brief in this matter was filed and served on September 12, 2023. The government requested and received a 14- day extension. The government's brief as appellee is due on October 17, 2023.

3. The government seeks an extension of time of 21 days. Government

counsel is presently preparing for a trial, scheduled to start on November 1, 2023 and expected to last for 6 weeks, and therefore requires additional time for the completion of the brief.

 4. Government counsel has contacted counsel for the appellant, who has stated that he does not oppose the government's motion.

 WHEREFORE, for these reasons, the government as appellee in this case respectfully requests a 21-day extension of time in which to file its brief.

        Respectfully yours,

        JACQUELINE C. ROMERO
        United States Attorney

        */s Robert A. Zauzmer*
        ROBERT A. ZAUZMER
        Assistant United States Attorney
        Chief of Appeals

        */s Frank R. Costello, Jr.*
        FRANK R. COSTELLO, Jr.
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this pleading has been served on the Filing User identified below through the Electronic Case Filing (ECF) system:

>Bruce P. Merenstein, Esq.
>Welsh & Recker
>306 Walnut Street
>Philadelphia, PA 19106
>bmerenstein@welshrecker.com

>*/s Frank R. Costello, Jr.*
>FRANK R. COSTELLO, Jr.
>Assistant United States Attorney

DATED:  October 10, 2023.