OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



April 10, 2024

Frank R. Costello Jr., Esq.
Bruce P. Merenstein, Esq.
Richard D. Walk III, Esq.
Robert E. Welsh Jr., Esq.
Bea L. Witzleben, Esq.

RE: USA v. Robert Henon
Case Number: 23-1463
District Court Case Number: 2-19-cr-00064-002

Dear Counsel:

     The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Friday, May 03, 2024,** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Pursuant to IOP Chapter 2.1, you are hereby advised that your appeal will be submitted before the following panel: **KRAUSE, CHUNG, and AMBRO, Circuit Judges**

Very truly yours,

*/s/ Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*/s/ Khadija Younger*

Khadija Younger
Calendar Clerk
267-299-4914